■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GRANT, Also Known as MICHAEL SMITH, Appellant. [635 NYS2d 272] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Flaherty, J.), rendered April 26, 1994, convicting him of burglary in the second degree and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GRANT, Also Known as MICHAEL SMITH, Appellant. [636 NYS2d 649] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered April 20, 1994, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Rosenblatt, J. P., Copertino, Friedmann and Krausman, JJ., concur.